400 P.2d 12

John F. HAWKINS, Plaintiff and Respondent,

v.

Helen H. ALLEN, Defendant and Appellant.

No. 10265.

Supreme Court of Utah.

March 18, 1965.

Raymond M. Berry, Salt Lake City, for appellant.

Joel M. Allred, Salt Lake City, for respondent.

HENRIOD, Chief Justice:

Appeal from a judgment in a case tried to the court, in favor of plaintiff for about $180, arising out of an auto collision. Affirmed, with costs to plaintiff.

This cause has to do with a left-hand turn by plaintiff at an intersection. The believable evidence indicates that plaintiff signalled for a left turn and had almost completed it when defendant, who immediately prior thereto, started from a parked position, collided with the rear end of plaintiff's car while trying to go through the intersection. The trial court concluded that defendant was negligent and plaintiff nonnegligent on evidence that at best was controversial and somewhat based on estimates as to split-second circumstances with respect to time, distance and judgment. We cannot say that the trial court's conclusion was such as constituted prejudicial error re-

quiring reversal on the ground that plaintiff negligently violated the statute with respect to yielding the right-of-way where there was an immediate hazard.[1]

McDONOUGH, CROCKETT, WADE and CALLISTER, JJ., concur.